IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK JOHNSON-BEY,**
**ADC #110079**                                                                                   **PLAINTIFF**

**V.**                           **CASE NO. 4:20-CV-827-KGB-BD**

**ARKANSAS DEPARTMENT**
**OF CORRECTION,** *et al*.                                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. Mr. Johnson-Bey may file objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. If he does not file objections, Mr. Johnson-Bey may waive the right to appeal questions of fact.

**II.   Discussion:**

Derrick Johnson-Bey, an Arkansas Division of Correction inmate, filed this civil rights lawsuit without the help of a lawyer. (Doc. No. 3) Mr. Johnson-Bey has paid the statutory filing fee in full. (Doc. No. 6)

Federal courts must review prisoner complaints that name government entities, officers, or employees as defendants before ordering service of process. 28 U.S.C.

§ 1915A(a). The Court has reviewed Mr. Johnson-Bey's complaint. Even reading the complaint liberally and assuming all allegations to be true, Mr. Johnson-Bey has not stated a federal claim for relief.

In his complaint, Mr. Johnson-Bey states that he is a Moorish American National. He claims that he is being held in "involuntary servitude" and that he is a "political prisoner" and "political hostage." He seeks emancipation or independence "from the nation that oppresses me." (Doc. No. 3 at p.21) He states that it is an international crime to "denationalize any men from their identity status." (Doc. No. 3 at p.19) He also states that he is exempt from the jurisdiction of the United States. (Doc. No. 3 at p.32)

It is unclear what relief Mr. Johnson-Bey seeks. He refers to "mail tampering" in his complaint, but he does not provide any facts to support a first amendment claim. He cites extensively from the Universal Declaration of Human Rights; but the Declaration does not provide for a private right of action in federal courts. See *Sosa v. Alvarez-Machain*, 542 U.S. 692, 734-35 (2004).

### III.   Conclusion:

The Court recommends that Mr. Johnson-Bey's claims be DISMISSED, without prejudice, based on his failure to state a federal claim for relief. The Court also recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g).

DATED this 30th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE