THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK JOHNSON-BEY, ADC #110079**                                        **PLAINTIFF**

**v.**                      **Case No. 4:20-cv-00827-KGB**

**ARKANSAS DIVISION OF CORRECTION**                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Derrick Johnson-Bey's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 14th day of October, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge